

**Illinois
Department of
Corrections**

George H. Ryan
Governor

Donald N. Snyder Jr.
Director

Menard Correctional Center / P.O. Box 711 / Menard, IL 62259-9998 / Telephone: (618) 826-5071 / TDD: (800) 526-0844

**DOCKETED**
MAY 0 3 2002

RESPONSE from the Illinois Department
of Corrections to this court's order.

April 25, 2002

**FILED**
MAY 0 1 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk, U.S. District Court
Northern District
219 S. Dearborn St.
Chicago, IL  60604

Re: William Evans B08677
A: 97-2692/94-C-4208

Dear Sir:

The above referenced inmate was released from our custody on April 24, 2002. Our records indicate a balance of $105.00 owed to your office for the above referenced case.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Brenda Pautler
Brenda Pautler
Accountant Advanced

BP:pk

242